UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TERRY L. BURTON, NATHAN BURTON, AQUARIUS POOLS, INC., BURTON POOLS, LLC, BURTON PROPERTIES, NTB, INC, NTB, INC d/b/a BLAZIN TAILS, <br><br> Plaintiffs, <br><br> v. <br><br> HARLEYSVILLE INSURANCE d/b/a NATIONWIDE INSURANCE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 4:17-CV-00077-JVB-JEM ) ) ) ) ) ) |

**STIPULATION FOR VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among the parties that this action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), without costs and each party to bear its own attorney's fees.

| Counsel for Plaintiffs | Counsel for Harleysville Insurance d/b/a Nationwide Insurance |
|---|---|
| /s/ J. Aaron Cooke *(with permission)* <br> Counsel for Plaintiff(s) <br> J. Aaron Cooke <br> Cooke Law Firm <br> 331 Columbia Street <br> P.O. Box 188 <br> LaFayette, IN 47902 <br> aaron@cookelaw.com | /s/ John J. Piegore *(with permission)* <br> Counsel for Defendant <br> John J. Piegore <br> Sanchez Daniels & Hoffman <br> 333 W. Wacker Drive <br> Suite 500 <br> Chicago, IL 60606 <br> jpiegore@sanchezdh.com |

/s/ Michael L. Schultz
Counsel for Plaintiff(s)
Parr Richey Frandsen Patterson Kruse
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
mschultz@parrlaw.com